**United States District Court**
**District of Minnesota**

---

**Herman Jackson,**

**Plaintiff,**

**v.**

**Flint Ink, Inc.,**

**Defendant.**

**Case No.: 01-2026 PAM/RLE**

**STIPULATION FOR CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

---

The parties, through their respective counsel, stipulate to the following

**CONFIDENTIALITY AGREEMENT**

1. All employment records, medical records, tax returns and all information, documents, or materials produced, including but not limited to, answers to interrogatories, responses to other discovery requests, deposition transcripts, and copies, excerpts and summaries, and documents which have been stamped, marked, or otherwise identified by either party as "confidential" (hereinafter "Confidential Materials") shall be subject to the restrictions of this Confidentiality Agreement.

2. Access to any Confidential Materials shall be limited to the following persons:

(a) Counsel for either party receiving the documents and their associates, legal assistants, or other support employees who have a demonstrable need for such disclosures in order to conduct this litigation;
(b) plaintiff, and defendant, except that Confidential Materials shall be shown or made available to employees of defendants only to the extent that those persons have a demonstrable need to know about the Confidential Materials;
(c) any expert or consultant retained for the conduct of this litigation;
(d) any deponent or trial witness who has seen such Confidential Materials before this lawsuit was commenced, as part of his or her normal and legitimate duties or functions and who has a need to see such Confidential Materials in order to testify or to prepare for giving testimony; and
(e) the Court and authorized Court personnel.

3. Confidential Materials shall not be used for any purpose other than the conduct of this lawsuit and shall not be disclosed in any way to any other person beyond those described in paragraph two above, nor shall such Confidential Materials or their contents be publicized in any manner.

JAN 23 2003
CLERK
JH

4. Any pleadings either party files with the Court, which includes Confidential Materials or their contents, shall bear on their front page a statement "THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION AND SHOULD BE FILED UNDER SEAL."

5. If either party intends to utilize any Confidential Materials at trial, that party's counsel shall so inform the opposing counsel in accordance with the Federal Rules of Civil Procedure governing identification of trial exhibits in order that the opposing counsel may take steps deemed reasonable to preserve the confidentiality of such documents or the contents thereof.

6. This Confidentiality Agreement and the handling of Confidential Materials may be the subject of orders of the Court and nothing herein shall preclude any party from applying to the Court for a modification of this Confidentiality Agreement or for the reclassification of any Confidential Materials as may be appropriate.

7. The obligations of this Confidentiality Agreement are continuing and shall not terminate at the conclusion of this litigation. Upon settlement or final determination of this litigation, all Confidential Materials and all available copies, summaries, and compilations, abstracts or any other document or material setting forth the contents of any Confidential Materials shall be returned to the producing party or be destroyed.

8. Where information or documents are disclosed by a non-party pursuant to deposition, a subpoena duces tecum, or otherwise such information or documents will be reviewed initially only by counsel, and either party shall have twenty days from the date of such production to designate any such information or documents as Confidential Materials.

9. Nothing in this Confidentially Agreement precludes either party from using any document or item it has designated as Confidential Materials in any manner it sees fit.

10. The parties agree that the Court shall retain jurisdiction to enforce this Confidentiality Agreement to provide both equitable and legal relief.

**SISAM & WATJE, P.A.**

Date: 1/17/03

TAMMY P. FRIEDERICHS (#219423)
STEPHEN M. THOMPSON (#0279791)
7230 Metro Boulevard
Minneapolis, MN 55439-2128
(952) 920-8877
*Attorneys for Plaintiff*

**BRIGGS & MORGAN**

Date: 1-20-03

R. Scott Davies (#21337)
Jason M. Hedican (#271548)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorneys for Defendant Flint ~~Ink, Inc.~~* North American Corporation

**PROTECTIVE ORDER**

Pursuant to Stipulation of Counsel and review of the file, IT IS SO ORDERED.

**BY THE COURT**

Date: 1/23/03

The Honorable Raymond L. Erickson
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.