UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Herman Jackson,

Plaintiff,

vs. ORDER

Flint Ink North American Corporation, a/k/a Flint Ink Corporation,

Defendant. Civ. No. 01-2026(PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of April, 2003.

* * *

On April 3, 2003, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Wednesday, April 16, 2003, pursuant to the Notice of Civil Cases For Trial dated March 31, 2003, for the Trial Block commencing May 1, 2003, before the Hon. Paul A. Magnuson. This Court has been informed that the above-entitled matter has been stricken from the Trial Block of May 1, 2003, and will be reset at a later date. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

FILED APR - 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Settlement Conference set for Wednesday, April 16, 2003, at 10:00 a.m., in Duluth, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE