**United States District Court**
**District of Minnesota**

---

**Herman Jackson,**

**Plaintiff,**

**v.**

**Flint Ink North American Corporation a/k/a**
**Flint Ink Corporation,**

**Defendant.**

**Case No.: 01-2026 PAM/RLE**

**NOTICE OF APPEARANCE**

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Edwin L. Sisam and Dorothy J. Buhr of Sisam & Watje, P.A., shall appear as counsel of record for Plaintiff, Herman Jackson, in this case.

Dated: October 7, 2004

EDWIN L. SISAM #183313
**SISAM & WATJE, P.A.**
7230 Metro Boulevard
Minneapolis, MN 55439-2128
(952) 920-8877

Dated: October 4, 2004

DOROTHY J. BUHR #21842X
**SISAM & WATJE, P.A.**
7230 Metro Boulevard
Minneapolis, MN 55439-2128
(952) 920-8877