**United States District Court**
**District of Minnesota**

---

**Herman Jackson,**

**Plaintiff,**

**v.**

**Flint Ink North American Corporation a/k/a**
**Flint Ink Corporation,**

**Defendant.**

**Case No.: 01-2026 PAM/RLE**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 4, 2004, I caused the Notice of Appearance to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

R. Scott Davies
Jason M. Hedican
Briggs & Morgan
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

sdavies@briggs.com
jhedican@briggs.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: October 1, 2004

_s/Dorothy J. Buhr_
EDWIN L. SISAM #183313
DOROTHY J. BUHR #21842X
*Attorneys for Plaintiff*
7230 Metro Boulevard
Minneapolis, Minnesota 55439-2128
(952) 920-8877