AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Herman Jackson

V.

Flint Ink North American Corp.

## NOTICE

CASE Civil 01-2026 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse, 300 So. 4th Street<br>Minneapolis, MN 55415 | Chambers 9W<br>DATE AND TIME<br>November 12, 2004 at 9:30 a.m. |

TYPE OF PROCEEDING

Case Management Conference

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Franklin L. Noel
United States Magistrate Judge

October 14, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Stephen M. Thompson, Esq.
Hellmuth & Johnson

Jason M. Hedican, Esq. & R. Scott Davies, Esq.
Briggs & Morgan