AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Herman Jackson

V.

Flint Ink North American Corporation

**NOTICE**

CASE Civil 01-2026 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 South 4th Street<br>Minneapolis, MN 55415 | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Mpls. | November 18, 2004, 9:30 | November 30, 2004 at 9:15 a.m. |

Franklin L. Noel
United States Magistrate Judge

November 5, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Stephen M. Thompson, Esq.
Dorothy J. Buhr, Esq.
Edwin L. Sisam, Esq.

R. Scott Davies, Esq.