# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL PRETRIAL CONFERENCE

Herman Jackson
Plaintiff,
v.

Flint Ink North American Corp.
Defendant.

## COURT MINUTES
Case Number: 01-2026 JMR/FLN

| | |
|---|---|
| Date: | November 30, 2004 |
| Court Reporter: | n/a |
| Time Commenced: | 9:15 a.m. |
| Time Concluded: | 9:40 a.m. |
| Time in Court: | 25 Minutes |

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Ed Sisam

For Defendant: Scott Davies

A. DESCRIPTION OF THE CASE

1. Nature of the case: Employment discrimination; race; retaliation

2. Legal and factual issues:

   a) Liability: Whether defendant maintained hostile work environment

   b) Damages: ______

B. THE PLEADINGS

1. All filed? Yes

   a. Anticipated amendments? No

   b. Additional parties? No

2. Jury demand:

   a. yes ☒ no ☐

   b. Any issue with respect to jury demand? ____________

3. Amend Pleadings:

   a. Add parties/claims/defenses n/a

   b. Punitive damages motion ________________________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories done
   b) Depositions _______________
   c) Requests for Admission ______
   d) Document Requests __________
   e) Rule 35 Medical Exam ______
   f) Other ____________________________________________

2. Pre-Discovery Disclosures _________________

3. Discovery cut-off done

4. Other deadlines ____________________________________________

5. Experts: YES ☐ NO ☐

   a. Identity Done
      Plaintiff ______________ Defendant ___________

   b. Substance of Testimony ________________________
      Plaintiff ______________ Defendant ____________

   c. Depositions; Number _______; Date _______________

D. MOTIONS

1. Non-dispositive n/a

2. Dispositive 3/1/05

E. TRIAL READINESS

a. Estimated Trial Time: 3-4 days

b. Trial Ready Date: 4/1/05

s/Franklin L. Noel
U. S. Magistrate Judge