UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Herman Jackson, Civil No. 01-2026 JMR/FLN

Plaintiff,

v. PRETRIAL SCHEDULE

Flint Ink North American Corp.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All discovery has been completed and the parties do not anticipate filing any nondispositive motions.

2. Expert Disclosure and Discovery:

   a. All experts have been identified and disclosed together with expert reports.

3. Dispositive Motions:

   a. All dispositive motions shall be filed and the hearing thereon completed by March 1, 2005.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Heather Labat at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

4. Trial

a. This case shall be ready for trial on and after April 1, 2005, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 3-4 trial days.

DATED: December 1, 2004

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge