UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2026 (JMR/FLN)

| | | |
|---|---|---|
| Herman Jackson | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Flint Ink North American Corp. | ) | |

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 22, 2005

s/James M. Rosenbaum
James M. Rosenbaum
United States District Chief Judge